# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Norman R. | 2. Court or Organization<br><br>United States Court of Appeals for the North Circuit | 3. Date of Report<br><br>05/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

801 East Sherman
Pocatello, Idaho 83201

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty Member | Idaho State University College of Business |
| 2. | Member of Department of Paralegal Studies Advisory Board | Idaho State University |
| 3. | Emeritus Member of College of Law Advisory Council | Univeristy of Idaho College of Law |
| 4. | Summit Planning Committee | Appellate Judges Education Institute |
| 5. | Executive Committee | Federal Judges Association |
| 6. | Executive Board | Federal Bar Association (Idaho Chapter) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | State of Idaho Retirement, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Norman R. | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Idaho State University, wages | $20,000.64 |
| 2. 2016 | State of Idaho, retirement | $58,074.08 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Idaho Public Employees Retirement System, retirement |
| 2. 2016 | Utah State Retirement Fund, retirement |
| 3. 2016 | Bannock County, Idaho, elections clerk |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southern Methodist University | Jan. 24-26, 2016 | Dallas, Texas | Organizational Meeting for AJEI Summit | Transportation, meals, and lodging |
| 2. | American Bankruptcy Institute & St. Johns University School of Law | March 6-8, 2016 | New York, New York | Duberstein National Moot Court Competition | Transportation, meals, and lodging |
| 3. | Federal Judges Association | May 16-18, 2016 | Washington, D.C. | Board Meeting of Association | Transportation, meals, and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Norman R. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Norman R. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. KEY BANK (VARIOUS ACCOUNTS) | A | Interest | M | T | | | | | |
| 2. SEI-US EMPLOYEES CREDIT UNION (VARIOUS ACCOUNTS) | A | Dividend | L | T | | | | | |
| 3. PRINCIPAL FINANCIAL GROUP UNIVERSAL LIFE PROTECTOR III | C | Interest | L | T | | | | | |
| 4. TRUST #1 - REAL ESTATE - DAVIS COUNTY, UTAH | D | Rent | P2 | W | | | | | |
| 5. VOYA SECURE INDEX FIVE FIXED-RATE ANNUITY | B | Interest | M | T | | | | | |
| 6. ALLIANZ PRO V1 LIFE INSURANCE CO. FIXED ANNUITY | C | Interest | M | T | | | | | |
| 7. WELLS FARGO BANK, N.A. (VARIOUS ACCOUNTS) | A | Interest | J | T | | | | | |
| 8. BENEFICIAL FINANCIAL GROUP (CASH ACCOUNT) | A | Interest | J | T | | | | | |
| 9. PERSI CHOICE 401(K) PLAN (H) | | | | | | | | | |
| 10. PERSI TOTAL RETURN FUND (X) | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Norman R. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 1: CONSOLIDATION OF SEPARATE ACCOUNTS LISTED ON LINES 1 AND 11 OF THE 2015 REPORT.
PART VII, LINE 2: NAME UPDATE OF THE INFORMATION LISTED ON LINE 2 OF THE 2015 REPORT.
PART VII, LINE 3: CONSOLIDATION AND NAME UPDATE OF THE INFORMATION LISTED ON LINES 4 AND 5 OF THE 2015 REPORT.
PART VII, LINE 4: NAME UPDATE OF THE OF THE INFORMATION LISTED ON LINE 6 OF THE 2015 REPORT.
PART VII, LINE 5: NAME UPDATE OF THE INFORMATION LISTED ON LINE 7 OF THE 2015 REPORT.
PART VII, LINE 6: NAME UPDATE OF THE INFORMATION LISTED ON LINE 8 OF THE 2015 REPORT.
PART VII, LINE 7: NAME UPDATE OF THE INFORMATION LISTED ON LINE 9 OF THE 2015 REPORT.
PART VII, LINE 8: NAME UPDATE OF THE INFORMATION LISTED ON LINE 10 OF THE 2015 REPORT.
PART VII, LINES 9 AND 10: NAME UPDATE OF AND SUPPLEMENT TO THE INFORMATION LISTED ON LINE 3 OF THE 2015 REPORT.

*NO CHANGES IN REPORTABLE ASSETS DURING THIS REPORTING PERIOD.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Smith, Norman R. | 05/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norman R. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544